

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00811-CV

Randy **COLEMAN** and Jim Coleman Company,
Appellants

v.

Ralph **DEAN**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-04-49987-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's Final Judgment is MODIFIED as follows:

The first decretal paragraph of the trial court's Final Judgment is **MODIFIED** to read:

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that Ralph Dean recover from Living Modular, LLC; Randy Coleman; and Jim Coleman Company; jointly and severally, the following:

1. The sum of $47,659.38 as economic damages;

2. Prejudgment interest on $47,659.38 at 5.00% per annum pursuant to Tex. Fin. Code Section 304.104 from November 30, 2011 through the date this judgment is signed; the amount of prejudgment interest from November 30, 2011 through June 6, 2014 is $5,991.70, and interest continues to accrue at the rate of $6.57 per day from June 7, 2014 until the date the judgment is signed;

3. The sum of $142,978.14 as additional damages pursuant to Tex. Bus. & Com. Code Section 17.50(b)(1);

4.  The sum of $51,960.00 as attorney's fees; and, if this cause is not appealed, the judgment for attorney's fees will be credited with $25,000.00, leaving an award of attorney's fees of $26,960.00; and, if this cause is appealed to the court of appeals, but the appeal is not carried to the Supreme Court of Texas by appeal or writ of error, the judgment for attorney's fees will be credited with $10,000.00, leaving an award of attorney's fees of $41,960.00;

5.  Postjudgment interest at the rate of 5.00% per annum, from one day after this judgment is signed until the judgment is paid in full pursuant to Chapter 304 of the Texas Finance Code;

6.  All costs of court are taxed against Living Modular, LLC; Randy Coleman; and Jim Coleman Company;

7.  All writs and processes for the enforcement and collection of this judgment may issue as necessary; and

8.  All relief requested in this case and not expressly granted is denied. This judgment is final, disposes of all claims and all parties, and is appealable.

The second decretal paragraph of the trial court's Final Judgment is **DELETED**.

As MODIFIED, we **AFFIRM** the trial court's Final Judgment in all other respects.

It is **ORDERED** that appellee, Ralph Dean, recover his costs of appeal from appellants Living Modular, LLC; Randy Coleman; and Jim Coleman Company; jointly and severally.

SIGNED September 2, 2015.

*Sandee Bryan Marion*

Sandee Bryan Marion, Chief Justice